**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARKCAIL WILLIAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 1:22-CV-141 |
| | ) |
| **THE COMMONWEALTH OF** | ) |
| **PENNSYLVANIA BOARD OF** | ) |
| **PROBATION & PAROLE, et al,** | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on May 2, 2022. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In his habeas petition, Petitioner challenges the recalculation of his maximum sentence date following his arrest while on parole. On March 3, 2025, Judge Lanzillo issued a Report and Recommendation recommending that the petition be denied because it was unexhausted and frivolous. ECF No. 13. To date, neither party has filed Objections to the Report and Recommendation.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 3rd day of April 2025;

IT IS ORDERED that the petition for writ of habeas corpus be dismissed and no certificate of appealability issue.

AND IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on March 3, 2025 [ECF No. 13] is adopted as the opinion of the court.

                                                                                          SUSAN PARADISE BAXTER
                                                                                          United States District Judge